AO 442 (Rev. 10/03) Warrant for Arrest    ORIGINAL    FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 9 2006

# UNITED STATES DISTRICT COURT

———————————— District of Hawaii ————————————

at ____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number: CR 01-00430HG

DANIEL A.M. CAMBRA
527-B KAWAILOA ROAD
KAILUA HI 96734

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST DANIEL A.M. CAMBRA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED.

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *(signature)* | |
| Signature of Issuing Officer/Deputy Clerk | May 17, 2005 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at NO BAIL          By: Helen Gillmor, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Honolulu Hi_ | | |
| Date Received _24 MAY 05_ | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest _24 MAY 05_ | _Timothy W Merrell DUSM_ | *(signature)* |